UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL JOSEPH BOTT,

Plaintiff,                                    Case No. 16-cv-10922

v.                            UNITED STATES DISTRICT COURT JUDGE
                                      GERSHWIN A. DRAIN
COMMISSIONER OF SOCIAL
SECURITY,                        UNITED STATES MAGISTRATE JUDGE
                                        DAVID R. GRAND
Defendant.
_____/

### ORDER: (I) ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [18]; (II) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [15]; AND (III) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [16]

Daniel Joseph Bott (Plaintiff) filed this action on March 14, 2016. Dkt. No. 1. Plaintiff sought judicial review of the Commissioner of Social Security's (Defendant) denial of Supplemental Security Income. *Id.*, p. 2 (Pg. ID 2). Each party filed a Motion for Summary Judgment. Dkt. Nos. 15, 16. The matter was referred to Magistrate Judge David R. Grand. Dkt. No. 4.

On May 31, 2018, Magistrate Judge Grand issued a Report and Recommendation, which recommends that the Plaintiff's Motion for Summary Judgment be denied and that Defendant's Motion for Summary Judgment be granted. Dkt. No. 18. Neither party filed an objection to Magistrate Judge Grand's Report and Recommendation. The time for filing objections has expired. *See* 28

U.S.C. § 636(b)(1)(C). Upon review of the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion.

Therefore, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Grand's May 31, 2017 Report and Recommendation [18] as this Court's findings of fact and conclusions of law. Defendant's Motion for Summary Judgment [16] is **GRANTED**. Plaintiff's Motion for Summary Judgment [15] is **DENIED.** The decision of the Administrative Law Judge is **AFFIRMED**.

**SO ORDERED**.

Dated: June 28, 2017  /s/Gershwin A Drain
Detroit, MI  HON. GERSHWIN A. DRAIN
  United States District Court Judge

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 28, 2017, by electronic and/or ordinary mail.

/s/Tanya Bankston
Case Manager, (313) 234-5213